UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

FRED REEVES,

               Plaintiff,                   Case No. 5:04-cv-194

v.                                        Honorable Wendell A. Miles

PAUL WILLIAM JENSEN et al.,

               Defendants.

_____/

**ORDER**

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. The Court issued an opinion and order dismissing Plaintiff's action on May 17, 2007.  Plaintiff subsequently filed two notices of appeal with regard to the Court's May 17 decision (dockets #195 and 197) and a motion for a certificate of appealability (docket #198).  However, a certificate of appealability is required only in habeas corpus actions.  *See* F. R. APP. P. 22(b).  Because this is a civil rights action, Plaintiff's motion for a certificate of appealability (docket #198) is DENIED as moot.

        IT IS SO ORDERED.


Dated:  June 20, 2007                    /s/ Wendell A. Miles
                                      Wendell A. Miles
                                      Senior U.S. District Judge